In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00492-CR**
_____

**RICKY METCALFE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 12-13910**

**ORDER**

Appellant Ricky Metcalfe filed a motion to supplement the clerk's record. The State neither objected nor filed a written response to the motion.

It is, therefore, ORDERED that a supplemental clerk's record be certified and transmitted by the Jefferson County District Clerk to the Court of Appeals. *See* Tex. R. App. P. 34.5(c). The supplemental clerk's record shall include the pre-sentence investigation report. If the requested document was not filed with the trial court, the

1

clerk may certify the unavailability of the document.  The supplemental clerk's record is due to be filed with the Clerk of the Court of Appeals on or before February 25, 2013.

ORDER ENTERED January 24, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.